445 A.2d 222

Commonwealth v. Jay, Appellant.

Submitted August 31, 1981. John P. Liekar, for appellant; Janet Moschetta, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and BECK, JJ.

Order affirmed.

445 A.2d 223

Commonwealth v. Kefauver, Appellant.

Submitted November 30, 1981. John Joseph Moran, Assistant Public Defender, for appellant; Floyd Paul Jones, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.